UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 1:20-cr-00018-LEW |
| | ) |
| SAUL FIGUEREO, | ) |
| | ) |
| Defendant | ) |

**ORDER ON DEFENDANT'S MOTION
FOR JUDICIAL RECOMMENDATION**

On May 6, 2022, Saul Figuereo filed a letter motion in which he asks that I recommend to the Bureau of Prisons that he be allowed to participate in a residential reentry program for a full year. *See* 18 U.S.C. § 3624(c).

While I commend Mr. Figuereo's desire to prepare to the greatest extent possible for his release, I do not have cause to recommend him over others in the Bureau's custody. I simply cannot effectively weigh the many factors that the Bureau must take into consideration when assigning prisoners to the different facilities and programs it administers. *See id.* § 3621(b). Absent any clear distinguishing factors, courts generally leave placement decisions to the BOP, *See United States v. Tardif*, No. 2:16-cr-00080-JDL, 2021 WL 242423 (Jan. 25, 2021) (citing cases), as do I here.

Mr. Figuereo's motion is DENIED.

**SO ORDERED.**

Dated this 30th day of June, 2022.

                                                /s/ Lance E. Walker
                                          UNITED STATES DISTRICT JUDGE